# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Michael Kilgore, | ) | CASE NO.: 5:18CV103 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| PTC Alliance, Inc., et al., | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| Defendants. | ) | |

The parties notified the Court via telephone that this matter had been settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order. The parties shall provide the Court's law clerk with a copy of the settlement agreement for the Court to review and approve. This Court will retain jurisdiction over the settlement. The case management conference scheduled for June 19, 2018 is hereby cancelled.

　　IT IS SO ORDERED.


DATED: June 19, 2018　　　　　　　　　　/s/ Judge John R. Adams
　　　　　　　　　　　　　　　　　　　JUDGE JOHN R. ADAMS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT